# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DONALD BLAKE DYMOND | § |
| | § Civil Action No. 4:20-CV-416 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 1, 2022, the report of the Magistrate Judge (Dkt. #20) was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of Social Security Administration be affirmed.

Having received the report of the Magistrate Judge, considered Plaintiff's Objection (Dkt. #21), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED**.

**SIGNED this 22nd day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE